■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROYCE THOMAS, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARY THOMAS, Appellant.—Two judgments of the County Court, Westchester County, one as to each defendant, both rendered February 28, 1977, affirmed. No opinion. The cases are remitted to the County Court, Westchester County, for further proceedings pursuant to CPL 460.50 (subd 5). Hopkins, J. P., Titone, Gulotta and O'Connor, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, ex rel. JANE S., Appellant, v NEW YORK FOUNDLING HOSPITAL et al., Respondents.—Order of the Surrogate's Court, Richmond County, dated January 10, 1977, affirmed, without costs or disbursements, upon the opinion of Surrogate Paulo. Hopkins, J. P., Titone, Gulotta and O'Connor, JJ., concur.